```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,              ORDER ADOPTING REPORT &
                                        RECOMMENDATION
                                        04-CV-5725 (JS)(JO)
        -against-

NICOLE CHARLES,

                Defendant.
----------------------------------------X
```
Appearances:
For Plaintiff:    Michael T. Sucher, Esq.
                  26 Court Street, Suite 2412
                  Brooklyn, NY 11242

For Defendant:    No Appearance

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge James Orenstein issued February 16, 2006, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety. The Court GRANTS the Government's motion for a default judgment, and awards the Government $7,325.53 in compensation for loan principal and interest, attorneys' fees and costs.

Magistrate Judge Orenstein directed the Government to serve Defendant Charles with a copy of the Report and Recommendation and to file proof of service with this Court. The Report and Recommendation further provided that any objections were to be filed with the Clerk of the Court within ten days of the date of service. The Government has filed proof of service indicating that Defendant was served with a copy of the Report and

Recommendation by regular mail on March 7, 2006. The time for filing objections has expired and no Party has objected. Accordingly, the Court deems all objections waived.

Therefore, the Court ADOPTS Magistrate Judge Orenstein's Report and Recommendation in its entirety. The Court GRANTS the Government's motion for a default judgment, and awards the Government $7,325.53 in compensation for loan principal and interest, attorneys' fees and costs. The Plaintiff is ORDERED to serve a copy of this Order upon Defendant via first class mail within ten days of the date of this Order. The Clerk of the Court is directed to mark this matter as CLOSED.

SO ORDERED

Dated:   Central Islip, New York        /s/ JOANNA SEYBERT
         March  28 , 2006               Joanna Seybert, U.S.D.J.